IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                                          CASE NO.    13-05962-EAG

Mid Investment Inc

CHAPTER 07

DEBTOR

NOTICE OF INTENT TO SELL
PROPERTY AT PUBLIC SALE

The undersigned trustee represents that he will sell at public sale property of debtor's estate as describe below.

PROPERTY DESCRIPTION:

1. Inventory. See Attached list.

Located at CARR 3, KM. 134.1 GUAYAMA, PR

*Statement of the aggregate amount of liens or encumbrances known to Trustee: $0.00*

Due to the risk and imminent threat of loss of property and the additional costs and expenses which would be accrued to store and protect the assets, the undersigned Trustee will commence to pursue the public sale of these assets.

Sale of the estate's interest in this property shall be free and clear of liens; if any, shall attached to proceeds. See 11U.S.C. 363(f).

A public auction is to be conducted by the Trustee for the sale of this property on the time and the date detailed herein. A deposit not less than 25% of the sale price shall be required to the bidder to whom the sale is adjudicated payable in certified check, bank manager's check or money order, upon adjudication at the auction.

At public auction, the sale will be adjudicated to the highest bidder, except when the Trustee, at his sole discretion, rejects any bid that does not comply with this notice or does not represent a fair price for the property to be sold. Sale adjudicated at the auction are final and shall constitute an enforceable contract between the Trustee and the buyer's.
This sale is made "as is" and "where is" without warranty of any kind. All risk of loss shall pass to the buyer upon adjudication of the sale and closing of the sales deeds by the Trustee. Upon closing of the deeds on sale of

the property, the prevailing buyers waive, release and hold harmless the Trustee of any claims, damages or assessment on this transaction

Buyer shall take possession of the acquired property immediately upon full payment of the purchase price. This process shall not be later than 5 days following the adjudication of the sale by the trustee and shall be at buyers sole cost and risk. Any preservation expenses accrued on the commercial premises following this five days will be at the cost of the buyer.

Failure to pay the full price on the property as and when provided herein shall entitle the trustee to void the sale, and the deposits as well as any other moneys given shall be deemed forfeited to the estate.

The property subject of this sale may be inspected by potential buyers and other parties in interest at premises at San Juan described above, on April 30, 2015 at 10:00am.

A Public Auction Date has been scheduled for **May 05, 2015 at 03:30pm** and will be conducted by the undersigned Trustee at **Ochoa Building 500 Tanca Street, First Floor, Old San Juan.**

NOTICE IS HEREBY GIVEN that, unless a party in interest files a written objection, with a copy thereof served to the trustee, within *Seven(7) DAYS* from the date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing of such objection will be scheduled by the Court.

I HEREBY CERTIFY THAT: The foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing on said system including the U.S. Trustee Office and a true copy was mailed to Debtor and Debtor's Attorney and to All Creditors and parties in interest as per the Master Address List on file at the Clerk's Office.

    In San Juan, Puerto Rico, this 24th day of April, 2015.

    /s/ Wilfredo Segarra Miranda
Wilfredo Segarra Miranda, Trustee
PO Box 9023385
San Juan, P.R. 00902-3385
Tel. (787)725-6160

IN RE **M.I.D. Investment, Inc.** _____ Case No. _____
                          Debtor(s)                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rent** | | 27,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Chairs (3)** | | 50.00 |
| | | **Counter** | | 50.00 |
| | | **Laptop** | | 200.00 |
| | | **Miscellaneous Office Equipment** | | 500.00 |
| | | **Office Refrigerator** | | 125.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2 Phase Converter** | | 3,000.00 |
| | | **200 Gal. Diesel Tank** | | 2,300.00 |
| | | **Air Compressor** | | 1,800.00 |
| | | **Casio Cash Register** | | 125.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE M.I.D. Investment, Inc. _____ Case No. _____
   Debtor(s)                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Domestic GE Washing Machines (2)** | | 400.00 |
| | | **Fulton Steam Machine** | | 5,000.00 |
| | | **Gissell Heat Extractor** | | 1,000.00 |
| | | **Hoffman Presses (3)** | | 5,000.00 |
| | | **Multimatic Dry Cleaning Machine SL30** | | 75,000.00 |
| | | **Raylex 722.444 Conveyor** | | 9,000.00 |
| | | **Stain Spotting Machine** | | 1,000.00 |
| | | **Unipress Gissell FFCG Press** | | 2,000.00 |
| | | **Wascomat TD50 Industrial Dryer** | | 4,000.00 |
| | | **Wascomat W640 Industrial Washing Machine** | | 8,000.00 |
| | | **Water Chiller** | | 4,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **149,550.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only